| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leonard Peña<br>Peña & Soma, APC<br>1003 Diamond Ave<br>South Pasadena, CA 91030<br>192898CA<br>Tel.:626.396.4000 Fax.:626.498-8875<br>lpena@penalaw.com<br><br>☑ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re

Debtor(s),

Plaintiff(s),

VS.

Debtor(s).

CHAPTER 7

CASE NUMBER

☑  ADVERSARY NUMBER (if applicable)

☑  See attached list for multiple cases that require
an update to the attorneys information

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, _Leonard Peña_____, _192898CA_____, _lpena@penalaw.com_____

           *Name*                             *Bar ID Number*               *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____
_____

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address_1003 Diamond Ave, Suite 202, South Pasadena, CA 91030_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❑ **TO BE TERMINATED FROM THE CASE:**\*\*
    ❑ I am, or
    ❑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

    **Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❑ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ❑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ❑ I am, or
    ❑ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action.  There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

    \*\*This form *cannot* be used as a substitution of attorney form.  For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*.  At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated:  06/20/2025 _____       /S/ Leonard Peña_____
                                                 Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED.  IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1.  Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases.  The court will update the case information once filed.

:23-ap-01195-WB Dye v. Brighton Management, LLC

2:23-ap-01197-WB Dye v. ASAP Property Holdings INC.

2:23-ap-01213-WB Dye v. DBO Investments Bar, LLC

2:23-ap-01243-WB Dye v. Hilton Domestic Operating Company, Inc.

2:23-ap-01254-WB Dye v. Fan

2:23-ap-01256-WB Dye v. Wu

2:23-ap-01257-WB Dye v. Nextera, LLC

2:23-ap-01261-WB Dye v. Wu Yang

2:23-ap-01263-WB Dye v. Teng

2:23-ap-01266-WB Dye v. Chang

2:23-ap-01273-WB Dye v. Myyrylainen

2:23-ap-01302-WB Dye v. FWREF Nashville Airport, LLC, a Delaware limited l

2:23-ap-01490-NB Dye v. Redjal

2:23-ap-01493-NB Dye v. Redjal et al