LEONARD PEÑA (State Bar No. 192898)
PEÑA & SOMA, APC
lpena@penalaw.com
1003 Diamond Ave., Suite 202
South Pasadena, California 91030
Telephone 626-396-4000
Facsimile 626-498-8875

Attorneys for Plaintiff
Carolyn A. Dye, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>   Debtor.<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>   Plaintiff,<br>   v.<br><br>ROLAND WU<br><br>   Defendant. | Case No.: 2: 21-bk-13523 WB<br><br>Chapter 7<br><br>Adv. No.: 2:23-ap-01256-WB<br><br>STIPULATION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING<br><br>Pretrial Conference<br>DATE: July 8, 2025<br>TIME: 2:00 P.M.<br>COURTROOM: 1375<br>ADDRESS: 255 E. Temple St.<br>Los Angeles, CA 90012 |

    In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this Adversary Proceeding by Fed. R. Bankr. P. 7041, Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Roland Wu by and through their respective counsel, pursuant to the Court order approving the settlement agreement between the parties they stipulate that this Adversary Proceeding is dismissed with prejudice, with each party bearing its own costs and attorneys'

1

fees. The parties request that the Clerk of the Court mark the Adversary Proceeding as "Closed."

    SO STIPULATED

Dated: July 3, 2025      PEÑA & SOMA, APC

By: _____
LEONARD PEÑA
Attorneys for Plaintiff

Dated: July 3, 2025      PACHULSKI STANG ZIEHL & JONES LLP

By: _____
JEFFREY P. NOLAN
Attorneys for Defendant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1003 Diamond Ave., Suite 202, South Pasadena, California 91030

A true and correct copy of the foregoing document entitled (*specify*): Stipulation By Carolyn A Dye and Roland Wu For Voluntary Dismissal Of Adversary Proceeding with proof of service
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/8/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Carolyn A Dye (TR)trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
Jeffrey P Nolan on behalf of Defendant jnolan@pszjlaw.com
Leonard Pena on behalf of Plaintiff Carolyn A. Dye
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov    ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/8/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Julia W. Brand
United States Bankruptcy Court, Suite 1382
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/8/2025 | NOEMI SANDOVAL | /S/ NOEMI SANDOVAL |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE